[No. 40381-1-II.   Division Two.   April 26, 2011.]

*In the Matter of the Welfare of* A.M.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-7-00328-5, Richard L. Brosey, J., entered February 22, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 40567-9-II.   Division Two.   April 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. YOLANDA DENICE POUNCEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04755-5, Susan Serko, J., entered April 2, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Johanson, JJ.

[No. 40616-1-II.   Division Two.   April 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD JEFFREY STOUT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00782-9, Robert A. Lewis, J., entered March 18, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Johanson, JJ.

[No. 40633-1-II.   Division Two.   April 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. P.K., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-6-00286-3, H. Edward Haarmann, J. Pro Tem., entered March 30, 2010. *Dismissed* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall and Johanson, JJ.